# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2810

_____

Thomas Lee Stone,

*Plaintiff - Appellant,*

v.

Richard Clark, Lieutenant, Maximum Security Unit, ADC,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: July 9, 2018
Filed: July 11, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this pro se action under 42 U.S.C. § 1983, Arkansas inmate Thomas Stone appeals a decision of the district court[1] dismissing his lawsuit without prejudice for

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth

failure to exhaust administrative remedies.  Upon de novo review, we agree with the district court that Stone failed to fully exhaust administrative remedies before filing suit.  <u>See</u> 42 U.S.C. § 1997e(a); <u>Burns v. Eaton</u>, 752 F.3d 1136, 1141 (8th Cir. 2014).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

Deere, United States Magistrate Judge for the Eastern District of Arkansas.